**David J. WASHINGTON, Plaintiff— Appellant,**

v.

**Pamela T. ELLIOTT, State Farm; Levon Graves; Magistrate Cox; Thomas A. Russo; Diane Scott; James Saleeby; Sherry Rhodes; J.J. Roberts, Trooper; Michael G. Nettles, Defendants–Appellees.**

No. 07–1440.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 27, 2007.

David J. Washington, Appellant Pro Se.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David J. Washington appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Washington v. Elliott,* No. 4:07–cv–00619–RBH, 2007 WL 1290259 (D.S.C. Apr. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*